## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DOREAN SCOTT, individually and as**
**Administratrix for the Estate of Dedric Threets,**                    **PLAINTIFF**

**V.**                          **NO. 4:04CV00951 GTE**

**ALLSTATE INSURANCE COMPANY**                                **DEFENDANT**

### JUDGMENT

This action came on for trial on June 26, 2006, before a Jury and the Honorable Garnett Thomas Eisele, United States District Judge, presiding.

The issues having been duly tried and the Jury having brought back a Verdict in favor of Defendant on June 27, 2006, and now, therefore, pursuant to that Verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff, Dorean Scott, have and recover nothing from the Defendant, Allstate Insurance Company, and that the Complaint be, and it is hereby dismissed with prejudice. All pending motions are dismissed as moot.

SO ORDERED this 28th day of June, 2006.

                __/s/ Garnett Thomas Eisele_____
                UNITED STATES DISTRICT JUDGE